**Order entered May 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01050-CR

**RONNIE CREIGE WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F13-62751-J**

## ORDER

The Court **REINSTATES** the appeal.

On April 30, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On May 27, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the April 30, 2015 order requiring findings.

We **GRANT** the May 27, 2015 extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/    ADA BROWN
        JUSTICE